UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:

EILEEN LATAPIE

    Plaintiff,

v.

NCL (BAHAMAS) LTD. A BERMUDA
COMPANY d/b/a Norwegian Cruise
Line

    Defendant.
_____/

**COMPLAINT FOR DAMAGES**

NOW COMES the Plaintiff, Eileen Latapie, by and through her undersigned counsel and for her Complaint for Damages against defendant, NCL (BAHAMAS) LTD. A BERMUDA COMPANY d/b/a Norwegian Cruise Line, based upon information and belief avers as follows:

1. That at all times material, the Plaintiff, Eileen Latapie, is an individual domiciled in the State of Louisiana.

2. That at all times material hereto, the Defendant, NCL (BAHAMAS) LTD., A BERMUDA COMPANY d/b/a NORWEGIAN CRUISE LINE, (hereafter referred to as NCL) was and is a foreign corporation authorized to do business and doing business in Miami-Dade County, Florida. Furthermore, NCL was the owner and operator of the cruise vessel known as the *M/S NORWEGIAN JEWEL.*

3. That this is an action for damages in excess of Seventy-Five Thousand ($75,000.00) Dollars.

4. This action arises under the Admiralty and General Maritime Laws of the United States

of America.  Subject matter jurisdiction is conferred upon this Court by 28 USC § 1333 and venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(1).

5.  This action is for damages incurred by Plaintiff as a result of injuries suffered aboard a vessel owned and operated by NCL, the M/S NORWEGIAN JEWEL, and involves an actual controversy between the parties which requires resolution by this Honorable Court.

6.  On or around July 25, 2015, the Plaintiff, Eileen Latapie, was a fare-paying passenger aboard the M/S NORWEGIAN JEWEL together with her family, including her husband, children, and grandchildren, to embark on a destination cruise to Alaska.

7.  On July 26, 2015, as Mrs. Latapie descended a stairway into the atrium of the M/S NORWEGIAN JEWEL, Ms. Latapie tripped over a NCL suitcase negligently placed by a NCL employee at the bottom of the staircase in the middle of a walkway.

8.  NCL's negligence caused Mrs. Latapie to suffer severe trauma and injuries which resulted in physical pain, physical disfigurement, mental anguish, physical impairment, discomfort, and distress.  In all reasonable probability, Mrs. Latapie's physical pain, physical impairment, physical disfigurement and mental anguish will continue indefinitely.

9.  As a result of NCL's negligence, Mrs. Latapie has incurred medical expenses and will likely incur additional medical expenses in the future.

10.  That at all times material hereto, the Defendant, NCL, owed a duty to the Plaintiff to exercise reasonable care under the circumstances for her safety.

11. That the Defendant, NCL, breached the duty of care which it owed to the Plaintiff and was negligent, negligent *per se*, and/or grossly negligent for each of the following non-exclusive reasons:

   a.  Failure to properly supervise the crew of the M/S NORWEGIAN JEWEL;

    b. Failure to properly train the crew of the M/S NORWEGIAN JEWEL;

    c. Failure to properly train its employees;

    d. Failure to maintain the M/S NORWEGIAN JEWEL in a safe condition for its passengers;

    e. Operating the M/S NORWEGIAN JEWEL with inadequate or incompetent crew;

    f. Vicariously liability for the negligence of its employees;

    g. Violations of applicable Coast Guard, OSHA, and/or other applicable regulations;

    h. Any and all other acts or omissions that constitute negligence, negligence per se, and/or gross negligence that will be demonstrated at the trial of this matter.

WHEREFORE, Plaintiff, EILEEN LATAPIE, demands judgment against the Defendant, NCL, for compensatory damages, together with costs, pre-judgment interest, and demands trial by jury of all issues so triable as a matter of right by jury.

Dated: July 25, 2016

                                       Respectfully Submitted;

                                       WAKS & BARNETT, P.A.
                                       waksbar@aol.com
                                       Counsel for Plaintiff
                                       9900 SW 107th Avenue, Suite 101
                                       Miami, Florida 33176
                                       Telephone: (305) 271-8282
                                       Fax: (305) 595-9776
                                       Email:  waksbar@aol.com

                                       By: */s/ Andrew L. Waks*
                                             ANDREW L. WAKS
                                             Fla. Bar No: 241350